**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| MIRANDA DENISE ROSE, | § | |
| | § | |
| Plaintiff, | § | CIVIL NO. 4:26-CV-00201-SDJ-AGD |
| | § | |
| v. | § | |
| | § | |
| PLANO POLICE DEPARTMENT, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 29, 2026, the Magistrate Judge entered a Report, (Dkt. #10), recommending Plaintiff Miranda Denise Rose's Emergency Motion for Temporary Restraining Order (Dkt. #5) be denied. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Emergency Motion for Temporary Restraining Order (Dkt. #5) is **DENIED.**

**So ORDERED and SIGNED this 4th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE